IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS EDGARDO MARTINEZ-NIEVES, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-00538-ESC |
| | § | |
| vs. | § | |
| | § | |
| ANDREW SAUL, SOCIAL SECURITY | § | |
| COMMISSIONER, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the Commissioner's Unopposed Motion to Remand [#16]. By his motion, the Commissioner asks the Court to reverse the final decision denying Plaintiff's application for benefits under Title II of the Social Security Act and remand this action to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner may further develop the record, provide the claimant an opportunity for a new hearing, and issue a new decision. The motion is unopposed. The Court will grant the motion and order the requested agreed relief.

**IT IS THEREFORE ORDERED** that the Commissioner's Unopposed Motion to Remand [#16] is **GRANTED**. The Court will issue a separate final judgment.

SIGNED this 5th day of March, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE