IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS EDGARDO MARTINEZ-NIEVES, | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00538-ESC |
| vs. | § § § | |
| ANDREW SAUL, SOCIAL SECURITY COMMISSIONER, | § § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

On this day, the Court granted the Commissioner's unopposed motion to reverse and remand this action under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner denying Plaintiff's application for benefits under Title II of the Social Security Act is reversed and this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Appeals Council is to direct the administrative law judge to take any steps necessary to develop the administrative record, provide the claimant an opportunity for a new hearing, and issue a new decision.

SIGNED this 5th day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE